No. 92. Thorp v. Board of Trustees, Newark College of Engineering. 
 *Per Curiam:* The petition for writ of certiorari is granted. It appearing that the cause has become moot, the judgment of the Supreme Court of New Jersey is vacated and the cause is remanded for such proceedings as by that Court may be deemed appropriate. *Samuel L. Rothbard* for petitioner. *Theodore D. Parsons*, Attorney General of New Jersey, and *Joseph A. Murphy*, Assistant Deputy Attorney General, for respondent. 

No. 116. Winn et al. v. Pittston Company. 

No. 163. North Side Laundry Co. v. Board of Property Assessment, Appeals and Review, Allegheny County. 
 *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial